# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAREK SUPKA | § | Case No. 15-11905 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/01/2015 . The undersigned trustee was appointed on 04/01/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      15,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,234.72 |
| Bank service fees | 76.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 13,689.24 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  11/12/2015  and the deadline for filing governmental claims was  11/12/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/09/2016                    By:/s/Frances Gecker
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 15-11905 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | MAREK SUPKA | | | | Date Filed (f) or Converted (c): | 04/01/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/15/2015 |
| For Period Ending: | 02/09/2016 | | | | Claims Bar Date: | 11/12/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  SINGLE FAMILY/FREE STANDING RESIDENCE: 3724 N. SAYRE CHICAGO | 235,000.00 | 0.00 | | 15,000.00 | FA |
| 2.  CHECKING ACCOUNT AT JP MORGAN CHASE | 85.00 | 0.00 | | 0.00 | FA |
| 3.  CHECKING ACCOUNT AT BANK OF AMERICA | 500.00 | 0.00 | | 0.00 | FA |
| 4.  CHECKING ACCOUNT AT PNC BANK | 250.00 | 0.00 | | 0.00 | FA |
| 5.  SAVINGS ACCOUNT AT JP MORGAN CHASE | 50.00 | 0.00 | | 0.00 | FA |
| 6.  SAVINGS ACCOUNT AT BANK OF AMERICA | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  SAVINGS ACCOUNT AT PNC BANK | 1.00 | 0.00 | | 0.00 | FA |
| 8.  BUSINESS CHECKING ACCOUNT AT JP MORGAN CHASE IN NAME OF MS Q | 0.00 | 0.00 | | 0.00 | FA |
| 9.  BUSINESS CHECKING ACCOUNT AT PNC IN NAME OF MS QUALITY CONST | 0.00 | 0.00 | | 0.00 | FA |
| 10.  PAY PAL ACCOUNT | 25.00 | 0.00 | | 0.00 | FA |
| 11.  GENERAL AND ORDINARY HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | | 0.00 | FA |
| 12.  NECESSARY WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 13.  100% SHAREHOLDER OF MS QUALITY CONSTRUCTION, INC. CONSTRUCTI | 0.00 | 0.00 | | 0.00 | FA |
| 14.  2014 SUBARU OUTBACK WITH APROX. 10,000 MILES | 25,000.00 | 0.00 | | 0.00 | FA |
| 15.  2004 CHEVROLET EXPRESS CARGO VAN WITH APROX. 150,000 MILES | 3,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $266,061.00 | $0.00 | | $15,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL REPORT FOR SUBMISSION AND APPROVAL TO THE UST

Exhibit A

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-11905
Case Name: MAREK SUPKA

Taxpayer ID No: XX-XXX3446
For Period Ending: 02/09/2016

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX2051
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/15 | 1 | Marek Supka Cashier's Check PNC Bank | SALE OF INTEREST IN REAL ESTATE TO DEBTOR | 1110-000 | $15,000.00 | | $15,000.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $14,990.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $22.28 | $14,967.72 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $21.54 | $14,946.18 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $22.22 | $14,923.96 |
| 11/23/15 | 5001 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL  60606 | FIRST AND FINAL FEE APPLICATION Order dated 11/18/15 | | | $1,234.72 | $13,689.24 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($1,220.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($14.02) | 3420-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $15,000.00 | $1,310.76 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $15,000.00 | $1,310.76 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $15,000.00 | $1,310.76 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:                    $15,000.00        $1,310.76

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2051 - Checking | $15,000.00 | $1,310.76 | $13,689.24 |
| | $15,000.00 | $1,310.76 | $13,689.24 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11905

Debtor Name: MAREK SUPKA

Claims Bar Date: 11/12/2015

Date: February 9, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>3410 | ALAN D. LASKO &<br>ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | Order dated 11/18/15 | $0.00 | $1,220.70 | $1,220.70 |
| 100<br>3420 | ALAN D. LASKO &<br>ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | Order dated 11/18/15 | $0.00 | $14.02 | $14.02 |
| 100<br>3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $5,234.50 | $5,234.50 |
| 100<br>3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $34.48 | $34.48 |
| 100<br>2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Administrative | | $0.00 | $2,250.00 | $2,250.00 |
| 1<br>300<br>7100 | PYOD, LLC ITS SUCCESSORS<br>AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $14,747.37 | $14,747.37 |
| 2<br>300<br>7100 | CAPITAL ONE BANK (USA),<br>N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $10,051.16 | $10,051.16 |
| 3<br>300<br>7100 | SYNCHRONY BANK<br>C/O RECOVERY<br>MANAGEMENT SYSTEMS<br>CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $0.00 | $5,848.21 | $5,848.21 |
| | Case Totals | | | $0.00 | $39,400.44 | $39,400.44 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: February 9, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11905
Case Name: MAREK SUPKA
Trustee Name: Frances Gecker

Balance on hand                                          $         13,689.24

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 5,234.50 | $ 0.00 | $ 5,234.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 34.48 | $ 0.00 | $ 34.48 |
| Accountant for Trustee Fees:  ALAN D. LASKO & ASSOCIATES P. C. | $ 1,220.70 | $ 1,220.70 | $ 0.00 |
| Accountant for Trustee Expenses:  ALAN D. LASKO & ASSOCIATES P. C. | $ 14.02 | $ 14.02 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        7,518.98

Remaining Balance        $        6,170.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

### NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,646.74  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  20.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 14,747.37 | $ 0.00 | $ 2,969.16 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 10,051.16 | $ 0.00 | $ 2,023.65 |
| 3 | SYNCHRONY BANK | $ 5,848.21 | $ 0.00 | $ 1,177.45 |

Total to be paid to timely general unsecured creditors $ 6,170.26

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE