UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MAREK SUPKA § Case No. 15-11905
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/06/2016 in Courtroom 742 (Judge Carol A. Doyle),
        EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
        219 S. DEARBORN STREET
        CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2016          By: /s/ Frances Gecker
                                                            Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MAREK SUPKA § Case No. 15-11905
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 1,310.76 |
| leaving a balance on hand of[1] | $ | 13,689.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 5,234.50 | $ 0.00 | $ 5,234.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 34.48 | $ 0.00 | $ 34.48 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 1,220.70 | $ 1,220.70 | $ 0.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 14.02 | $ 14.02 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,518.98 |
| Remaining Balance | | $ | 6,170.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,646.74  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  20.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 14,747.37 | $ 0.00 | $ 2,969.16 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 10,051.16 | $ 0.00 | $ 2,023.65 |
| 3 | SYNCHRONY BANK | $ 5,848.21 | $ 0.00 | $ 1,177.45 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,170.26 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/ Frances Gecker
                       Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 15-11905-CAD
Marek Supka   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: mflowers              Page 1 of 1                  Date Rcvd: Feb 26, 2016
                             Form ID: pdf006             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2016.
```
db            +Marek Supka,    3724 N. Sayre,     Chicago, IL 60634-2325
23132550     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,     El Paso, TX 79998)
23132551     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
23659628      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
23132552      Chase,   c/o Cardmember Services,     PO Box 15153,    Wilmington, DE 19886-5153
23132553     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23132556     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
23132558      MS Quality Inc.,    3724 N. Sayre Ave.,    Chicago, IL 60634-2325
23132559     +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
23132560     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
23132561     +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23635211     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2016 00:45:39
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23132562     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:42:32      Syncb/Home Design Sele,
              C/O Po Box 965036,    Orlando, FL 32896-0001
23883408      E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:45:06      Synchrony Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23132554*    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23132555*    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23132557*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
```
              Alexey Y Kaplan    on behalf of Debtor 1 Marek  Supka alex@alexkaplanlegal.com
              Frances  Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```