# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
MAREK SUPKA § Case No. 15-11905
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 25,000.00 *(Without deducting any secured claims)* | Assets Exempt: 6,061.00 |
| Total Distributions to Claimants: 6,170.26 | Claims Discharged Without Payment: 328,489.48 |
| Total Expenses of Administration: 8,829.74 | |

3) Total gross receipts of $ 15,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 236,830.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,829.74 | 8,829.74 | 8,829.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,197.00 | 30,646.74 | 30,646.74 | 6,170.26 |
| **TOTAL DISBURSEMENTS** | $ 334,027.00 | $ 39,476.48 | $ 39,476.48 | $ 15,000.00 |

4) This case was originally filed under chapter 7 on 04/01/2015 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/02/2016            By:/s/Frances Gecker
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SINGLE FAMILY/FREE STANDING RESIDENCE: 3724 N. SAYRE CHICAGO | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Mortgage Po Box 8703 Dayton, OH 45401 | | 211,077.00 | NA | NA | 0.00 |
| | Pncbank 2730 Liberty Ave Pittsburgh, PA 15222 | | 25,753.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 236,830.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| Associated Bank | 2600-000 | NA | 76.04 | 76.04 | 76.04 |
| FRANKGECKER LLP | 3110-000 | NA | 5,234.50 | 5,234.50 | 5,234.50 |
| FRANKGECKER LLP | 3120-000 | NA | 34.48 | 34.48 | 34.48 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,220.70 | 1,220.70 | 1,220.70 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 14.02 | 14.02 | 14.02 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,829.74 | $ 8,829.74 | $ 8,829.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 12,769.00 | NA | NA | 0.00 |
| | Chase c/o Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | | 15,737.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 11,321.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 719.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 11,944.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 14,461.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 232.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 9,812.00 | 10,051.16 | 10,051.16 | 2,023.65 |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 14,429.00 | 14,747.37 | 14,747.37 | 2,969.16 |
| 3 | SYNCHRONY BANK | 7100-000 | 5,773.00 | 5,848.21 | 5,848.21 | 1,177.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 97,197.00 | $ 30,646.74 | $ 30,646.74 | $ 6,170.26 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-11905 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | MAREK SUPKA | | | | Date Filed (f) or Converted (c): | 04/01/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/15/2015 |
| For Period Ending: | 06/02/2016 | | | | Claims Bar Date: | 11/12/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY/FREE STANDING RESIDENCE: 3724 N. SAYRE CHICAGO | 235,000.00 | 0.00 | | 15,000.00 | FA |
| 2. CHECKING ACCOUNT AT JP MORGAN CHASE | 85.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT BANK OF AMERICA | 500.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT PNC BANK | 250.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT AT JP MORGAN CHASE | 50.00 | 0.00 | | 0.00 | FA |
| 6. SAVINGS ACCOUNT AT BANK OF AMERICA | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. SAVINGS ACCOUNT AT PNC BANK | 1.00 | 0.00 | | 0.00 | FA |
| 8. BUSINESS CHECKING ACCOUNT AT JP MORGAN CHASE IN NAME OF MS Q | 0.00 | 0.00 | | 0.00 | FA |
| 9. BUSINESS CHECKING ACCOUNT AT PNC IN NAME OF MS QUALITY CONST | 0.00 | 0.00 | | 0.00 | FA |
| 10. PAY PAL ACCOUNT | 25.00 | 0.00 | | 0.00 | FA |
| 11. GENERAL AND ORDINARY HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | | 0.00 | FA |
| 12. NECESSARY WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 13. 100% SHAREHOLDER OF MS QUALITY CONSTRUCTION, INC. CONSTRUCTI | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2014 SUBARU OUTBACK WITH APROX. 10,000 MILES | 25,000.00 | 0.00 | | 0.00 | FA |
| 15. 2004 CHEVROLET EXPRESS CARGO VAN WITH APROX. 150,000 MILES | 3,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $266,061.00 | $0.00 | | $15,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT IN THIS CASE.

Exhibit 8

Initial Projected Date of Final Report (TFR): 03/01/2016     Current Projected Date of Final Report (TFR): 03/01/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-11905 | Trustee Name: | Frances Gecker |
| Case Name: | MAREK SUPKA | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2051 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3446 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/15 | 1 | Marek Supka<br>Cashier's Check<br>PNC Bank | SALE OF INTEREST IN REAL ESTATE TO DEBTOR | 1110-000 | $15,000.00 | | $15,000.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,990.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.28 | $14,967.72 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.54 | $14,946.18 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.22 | $14,923.96 |
| 11/23/15 | 5001 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | FIRST AND FINAL FEE APPLICATION<br>Order dated 11/18/15 | | | $1,234.72 | $13,689.24 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($1,220.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($14.02) | 3420-000 | | | |
| 04/11/16 | 5002 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,250.00 | $11,439.24 |
| 04/11/16 | 5003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Distribution | | | $5,268.98 | $6,170.26 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($5,234.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($34.48) | 3120-000 | | | |

Page Subtotals:  $15,000.00  $8,829.74

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-11905 | Trustee Name: | Frances Gecker |
| Case Name: MAREK SUPKA | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2051 |
| | | Checking |
| Taxpayer ID No: XX-XXX3446 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/16 | 5004 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 1 representing a payment of 20.13 % per court order. | 7100-000 | | $2,969.16 | $3,201.10 |
| 04/11/16 | 5005 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 20.13 % per court order. | 7100-000 | | $2,023.65 | $1,177.45 |
| 04/11/16 | 5006 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Final distribution to claim 3 representing a payment of 20.13 % per court order. | 7100-000 | | $1,177.45 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $15,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $6,170.26 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2051 - Checking | $15,000.00 | $15,000.00 | $0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals:   $0.00   $0.00